

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CRISTINA LOPEZ BAEZ,
   Plaintiff,

v.                                                                                          CASE NUMBER: 97-2519 (HL)

SEARS ROEBUCK CORPORATION,
   Defendants.

| MOTION |
|---|
| Date Filed: 1/31/00    Docket # 16    [X] Plffs  [ ] Defts    [ ] Other |
| Title: Joint Motion for Enlargement Of Time |

| ORDER |
|---|
| **Denied.** Plaintiff requests an extension of time to oppose a Motion to Dismiss. However, this case was closed on April 30, 1999, and there is presently no motion before this Court to dismiss. This motion is denied as improperly captioned. |

Date 2/3/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


